UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X
KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST
And IMRAN A. JAIRAM

                                                        Amended Complaint

                             Plaintiffs'

                                                      Jury Trial Demand

                     -against-                         18 cv 7003

THE CITY OF NEW YORK; EMMANUEL GONZALEZ, as
Deputy Inspector, Commanding Officer, 72nd Precinct; WILLIAM
MEYER, as Special Operations Lieutenant, 72nd Precinct; JASON
BOLGER, as Lieutenant, 72nd Precinct; THOMAS REDMOND,
as Sergeant, 72nd Precinct; WILLIAM HERNANDEZ, as Sergeant,
72nd Precinct; CHRISTOPHER SHEA, as Sergeant, 72nd Precinct;
UMAR CHEEMA, as Police Officer, 72nd Precinct; PETER P.
CIAPPA, II, as Police Officer, 72nd Precinct; NAOMI TATIS, as
Police Officer, 72nd Precinct; CHAD IVERSON, as Police Officer,
72nd Precinct; JOSE RUIZ, as Police Officer, 72nd Precinct; JOHN
LATTANZIO, as Police Officer, 72nd Precinct; ROMAN
RASHEVSKIY, as Police Officer, 72nd Precinct; LORENZO
FRAGOSO, as Police Officer, 72nd Precinct; VITALIY IONASHKO,
as Police Officer, 72nd Precinct; CAITLIN MANNEY, as Police
Officer, 72nd Precinct; ALEXANDR TILAN, as Police Officer,
72nd Precinct; BABAR ISHMEET, as Police Officer, 72nd Precinct
each sued in their Official and Individual capacities and VINCENT
G. BRADLEY, as Chairman, New York State Liquor Authority;
LILY M. FAN, as Commissioner, New York State Liquor Authority;
GREELEY FORD, as Commissioner and CHARLES A.
STRAVALLE, as investigator, New York State Liquor Authority
each sued in their Individual capacities

                                             Defendants'
--------------------------------------------------------------------------------X

       Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A.

JAIRAM files this amended complaint against Defendants' THE CITY OF NEW YORK;

EMMANUEL GONZALEZ; WILLIAM MEYER; JASON BOLGER; THOMAS REDMOND;

WILLIAM HERNANDEZ; CHRISTOPHER SHEA; UMAR CHEEMA; PETER P. CIAPPA, II;

NAOMI TATIS; CHAD IVERSON; JOSE RUIZ; JOHN LATTANZIO; ROMAN RASHEVSKIY; LORENZO FRAGOSO; VITALIY IONASHKO; CAITLIN MANNEY; ALEXANDR TILAN and BABAR ISHMEET in conspiracy with Defendants' VINCENT G. BRADLEY; LILY M. FAN; GREELEY FORD and CHARLES A. STRAVALLE, alleging that:

## PLAINTIFFS'

1.      Plaintiff KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST, is a domestic limited liability corporation legally operating under the laws of the State of New York, and at all relevant times operated as an entertainment business 225 47th Street Brooklyn, N.Y. 11220.

2.      Plaintiff IMRAN A. JAIRAM is the principal owner of KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and self-identifies as Guyanese.

## DEFENDANTS'

3.      Defendant THE CITY OF NEW YORK is a municipal corporation organized under the laws of the State of New York.

4.      Defendant EMMANUEL GONZALEZ, as Deputy Inspector, Commanding Officer, 72nd Precinct.

5.      Defendant WILLIAM MEYER, as Special Operations Lieutenant, 72nd Precinct.

6.      Defendant JASON BOLGER, as Lieutenant, 72nd Precinct.

7.      Defendant THOMAS REDMOND, as Sergeant, 72nd Precinct.

8.      Defendant WILLIAM HERNANDEZ, as Sergeant, 72nd Precinct.

9.      Defendant CHRISTOPHER SHEA, as Sergeant, 72nd Precinct.

10.     Defendant UMAR CHEEMA, as Police Officer, 72nd Precinct.

11.     Defendant PETER P. CIAPPA, II, as Police Officer, 72nd Precinct.

2

12.     Defendant NAOMI TATIS, as Police Officer, 72nd Precinct.

13.     Defendant CHAD IVERSON, as Police Officer, 72nd Precinct.

14.     Defendant JOSE RUIZ, as Police Officer, 72nd Precinct.

15.     Defendant JOHN LATTANZIO, as Police Officer, 72nd Precinct.

16.     Defendant ROMAN RASHEVSKIY, as Police Officer, 72nd Precinct.

17.     Defendant LORENZO FRAGOSO, as Police Officer, 72nd Precinct.

18.     Defendant VITALIY IONASHKO, as Police Officer, 72nd Precinct.

19.     Defendant CAITLIN MANNEY, as Police Officer, 72nd Precinct.

20.     Defendant ALEXANDR TILAN, as Police Officer, 72nd Precinct.

21.     Defendant BABAR ISHMEET, as Police Officer, 72nd Precinct.

22.     Defendant VINCENT G. BRADLEY, as Chairman, New York State Liquor
Authority.

23.     Defendant LILY M. FAN, as Commissioner, New York State Liquor Authority.

24.     Defendant GREELEY FORD, as Commissioner, New York State Liquor
Authority.

25.     Defendant CHARLES A. STRAVALLE, as Investigator, New York State Liquor
Authority.

**BACKGROUND**

26.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and
IMRAN A. JAIRAM alleges prior to October 2014, Red Leopard Lounge, LLC d/b/a Jaguars 3
operated an entertainment business with an On Premises (OP) Liquor License for 225 47th Street
Brooklyn, N.Y. 11220.

27.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

3

IMRAN A. JAIRAM allege Red Leopard Lounge, LLC d/b/a Jaguars 3 was owned and managed by Caucasian males.

28.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege Red Leopard Lounge, LLC d/b/a Jaguars 3' target market was working class Caucasian males.

29.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege while in business, Defendants' THE CITY OF NEW YORK and CHARLES A. STRAVALLE rarely if ever issued 'false' violations, 'false' summonses, engaged in 'false' arrests, legally baseless stop and frisks, 'unlawful' Business Inspections and other unlawful selective enforcement activities based upon the race and/or national origin of the business owners, patrons and other stakeholders at Red Leopard Lounge, LLC d/b/a Jaguars 3.

30.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege 225 47th Street Brooklyn, N.Y. 11220, is located within Defendant THE CITY OF NEW YORK Brooklyn Community Board No.: 7, encompassing the neighborhoods of Sunset Park and Windsor Terrace, zip codes 11215, 11220 and 11232.

31.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege according to Defendant THE CITY OF NEW YORK'S data, Brooklyn Community Board No.: 7, the population is estimated to be 152.6k residents.

32.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege according to Defendant THE CITY OF NEW YORK'S data, Brooklyn Community Board No.: 7, the population demographics (percentages) includes: 22.0 White (Non-Hispanic), 2.6 Black (Non-Hispanic), 31.6 Asian (Non-Hispanic), 1.8 Other (Non-Hispanic) and 42.0 Hispanic (Of any race).

33.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege according to Defendant THE CITY OF NEW YORK'S data, Brooklyn Community Board No.: 7, 225 47th Street is located within an Industrial Business Zone.

34.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege after performing some market research, the decision was made to invest in 225 47th Street Brooklyn, N.Y. 11220.

35.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges the focus was to capture a significant segment of the underserved target market primarily persons of color culturally connected to the hip-hop community with more than $500 billion in discretionary income to spend upon entertainment.

36.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges the underserved target market includes celebrities from the sports, media and entertainment industries.

37.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege on or about August 6, 2013, there was a public filing within the New York State Department of State Division of Corporations to establish the domestic limited liability company.

38.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege on or about September 30, 2013, there was a public filing within the New York State Liquor Authority to establish On-Premises (OP) Liquor Licenses for 225 47th Street Brooklyn, N.Y. 11220.

39.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM alleges during the times periods, modifications were made to 225 47th Street Brooklyn, N.Y. 11220.

40.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges from January 1, 2011 through May 20, 2018, according to the New York State Liquor Authority's website, the SLA issued and managed within zip code 11215, 622 licenses of all types including 309 OP or On Premises.

41.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges from January 1, 2011 through May 20, 2018, according to the New York State Liquor Authority's website, the SLA issued and managed within zip code 11220, 431 licenses of all types including 109 OP or On Premises.

42.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges from January 1, 2011 through May 20, 2018, according to the New York State Liquor Authority's website, the SLA issued and managed within zip code 11232, 209 licenses of all types including 80 OP or On Premises.

43.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges, according to the New York State Liquor Authority's website, there's no data to establish the license holder's race and/or national origin.

44.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges, according to the New York State Liquor Authority's website, there is no data to evaluate selective enforcement due to the license holder's race and/or national origin.

45.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges, according to the New York State Liquor Authority's website, there

is no data to evaluate SLA fines and other penalties due to the license holder's race and/or national origin.

46. Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that in or around October 2014, they opened for business.

47. Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege shortly thereafter Defendant THE CITY OF NEW YORK through Defendants' EMMANUEL GONZALEZ; WILLIAM MEYER and CHARLES A. STRAVALLE began the campaign of harassment to close the business due to the race and/or national origin of the business owner, its patrons and other stakeholders.

48. Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendant THE CITY OF NEW YORK through Defendants' EMMANUEL GONZALEZ; WILLIAM MEYER and CHARLES A. STRAVALLE subjected the business owners, its patrons and other stakeholders to unlawful selective enforcement activities despite a previous ruling in <u>Sulkowska v. City of New York, et al.</u>, 129 F.Supp. 2d 274 (S.D.N.Y. January 24, 2001).

49. Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that despite the ruling in <u>Sulkowska</u>, Defendant THE CITY OF NEW YORK continue unlawful selective enforcement activities citywide based upon the race and/or national origin of the On Premises (OP) license holder.

50. Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that despite the ruling in <u>Sulkowska</u>, Defendant THE CITY OF NEW YORK continue unlawful selective enforcement activities citywide based upon the race and/or national origin of the business owners, its patrons and other stakeholders.

51.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that on or about October 6, 2016, Defendant THE CITY OF NEW YORK through Defendants' EMMANUEL GONZALEZ; WILLIAM MEYER and CHARLES A. STRAVALLE unlawfully entered the business with the intent to drive them out of business due to the race and/or national origin of the business owner, its patrons and other stakeholders.

52.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendant THE CITY OF NEW YORK through Defendants' EMMANUEL GONZALEZ; WILLIAM MEYER and CHARLES A. STRAVALLE 'falsely' accused them of "making its license available to a person not specified in the license."

53.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendant THE CITY OF NEW YORK through Defendants' EMMANUEL GONZALEZ; WILLIAM MEYER and CHARLES A. STRAVALLE 'falsely' accused them of "availing" its license to Curtis "50 Cent" Jackson.

54.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendant THE CITY OF NEW YORK through Defendants' EMMANUEL GONZALEZ; WILLIAM MEYER and CHARLES A. STRAVALLE 'falsely' accused them of supplying a "materially false statement" on its renewal application concerning the establishment operating as adult entertainment.

55.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendant THE CITY OF NEW YORK through Defendants' EMMANUEL GONZALEZ; WILLIAM MEYER and CHARLES A. STRAVALLE 'falsely' accused them of supplying a "materially false statement" on its renewal application concerning maximum capacity of the establishment.

56. Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendant THE CITY OF NEW YORK through Defendants' EMMANUEL GONZALEZ; WILLIAM MEYER and CHARLES A. STRAVALLE 'falsely' accused them of failing to conform its business operations within all applicable building and fire codes regarding locked exits.

57. Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendant THE CITY OF NEW YORK through Defendants' EMMANUEL GONZALEZ; WILLIAM MEYER and CHARLES A. STRAVALLE 'falsely' accused them of failing to conform its business operations within all applicable building and fire codes regarding blocked exits.

58. Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendant THE CITY OF NEW YORK through Defendants' EMMANUEL GONZALEZ; WILLIAM MEYER and CHARLES A. STRAVALLE 'falsely' accused them of purchasing and/or receiving alcoholic beverages for resale from a person not duly authorized to sell same for resale.

59. Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendant THE CITY OF NEW YORK through Defendants' EMMANUEL GONZALEZ; WILLIAM MEYER and CHARLES A. STRAVALLE 'falsely' accused them of failing to establish a contract with a legitimate security company.

60. Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendant THE CITY OF NEW YORK through Defendants' EMMANUEL GONZALEZ; WILLIAM MEYER and CHARLES A. STRAVALLE 'falsely' accused them of improperly installing a CCTV camera in the locker room.

61.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendant THE CITY OF NEW YORK through Defendants' EMMANUEL GONZALEZ; WILLIAM MEYER and CHARLES A. STRAVALLE 'falsely' accused them of storing and/or possessing fireworks on the premises.

62.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendant THE CITY OF NEW YORK through Defendants' EMMANUEL GONZALEZ; WILLIAM MEYER and CHARLES A. STRAVALLE 'falsely' accused them of altering the licensed premises without the permission of the State Liquor Authority.

63.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendant THE CITY OF NEW YORK through Defendants' EMMANUEL GONZALEZ; WILLIAM MEYER and CHARLES A. STRAVALLE 'falsely' accused them of failing to furnish or disclose information demanded to defendant CHARLES A. STRAVALLE.

64.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendant THE CITY OF NEW YORK through Defendants' EMMANUEL GONZALEZ; WILLIAM MEYER and CHARLES A. STRAVALLE 'falsely' accused them of failing to possess a valid cabaret license.

65.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendant THE CITY OF NEW YORK through Defendants' EMMANUEL GONZALEZ; WILLIAM MEYER and CHARLES A. STRAVALLE 'falsely' accused them of failing to conform with all representations set forth in its license application.

66.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM alleges that Defendant THE CITY OF NEW YORK through Defendants' EMMANUEL GONZALEZ; WILLIAM MEYER and CHARLES A. STRAVALLE 'falsely' accused them of submitting a fraudulent contract with a bona fide security company.

67.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that in or around November 2016, they discontinued a business relationship with Elite Investigations Ltd.

68.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that shortly thereafter, 'false' allegations filed with the NYPD Internal Affairs Bureau claiming they were paying off the police for protection.

69.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that shortly thereafter Defendants' THE CITY OF NEW YORK; EMMANUEL GONZALEZ; WILLIAM MEYER; JASON BOLGER; THOMAS REDMOND; WILLIAM HERNANDEZ; CHRISTOPHER SHEA; UMAR CHEEMA; PETER P. CIAPPA, II; NAOMI TATIS; CHAD IVERSON; JOSE RUIZ; JOHN LATTANZIO; ROMAN RASHEVSKIY; LORENZO FRAGOSO; VITALIY IONASHKO; CAITLIN MANNEY; ALEXANDR TILAN and BABAR ISHMEET in conspiracy with Defendant CHARLES A. STRAVALLE began to increase the issuance of 'false' violations, 'false' summonses, engaged in 'false' arrests, legally baseless stop and frisks, 'unlawful' Business Inspections and other unlawful selective enforcement activities based upon the race and/or national origin of the business owner, its patrons and other stakeholders.

70.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendants' THE CITY OF NEW YORK; EMMANUEL GONZALEZ; WILLIAM MEYER; JASON BOLGER; THOMAS REDMOND; WILLIAM

HERNANDEZ; CHRISTOPHER SHEA; UMAR CHEEMA; PETER P. CIAPPA, II; NAOMI TATIS; CHAD IVERSON; JOSE RUIZ; JOHN LATTANZIO; ROMAN RASHEVSKIY; LORENZO FRAGOSO; VITALIY IONASHKO; CAITLIN MANNEY; ALEXANDR TILAN and BABAR ISHMEET in conspiracy with Defendant CHARLES A. STRAVALLE' S actions were designed to drive them out of business.

71.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that throughout this time, they filed several complaints about the unlawful selective enforcement activities with Defendant THE CITY OF NEW YORK, New York State Governor Andrew M. Cuomo, New York State Attorney General's Office, Mayor Bill de Blasio and NYPD Internal Affairs Bureau.

72.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that on or about November 6, 2016, Defendant ALEXANDR TILAN 'falsely' arrested Mr. Richard J. York, an African-American Male patron for unlawful possession marihuana.

73.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendant JASON BOLGER verified Mr. York's 'false' arrest.

74.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that on or about November 6, 2016, Defendant CAITLIN MANNEY issued a 'false' C Summons to Ms. Elissa Ortiz, a Latina Female patron for disorderly conduct.

75.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendant JASON BOLGER verified the issuance of Ms.

Ortiz's 'false' C Summons.

76.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that on or about November 6, 2016, Defendant JOSE RUIZ 'falsely' arrested Mr. Joseph Rivera, a Latino Male African-American patron for false personation.

77.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendant JASON BOLGER verified Mr. Rivera's 'false' arrest.

78.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that on or about November 6, 2016, Defendant CAITLIN MANNEY issued a 'false' C Summons to Ms. Miche Mitchell, an African-American Female patron for unlawful possession marihuana.

79.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendant JASON BOLGER verified the issuance of Ms. Mitchell's 'false' C Summons.

80.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that on or about November 6, 2016, Defendant CAITLIN MANNEY issued a 'false' C Summons to Ms. Miche Mitchell, an African-American Female patron for disorderly conduct.

81.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendant JASON BOLGER verified the issuance of Ms. Mitchell's 'false' C Summons.

82.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM alleges that on or about November 26, 2016, Defendant ROMAN

RASHEVSKLY issued a 'false' C Summons to Ms. Shaneika Ellis, an African-American

Female patron for disorderly conduct.

83.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM alleges that Defendant JASON BOLGER verified the issuance of Ms.

Ellis's 'false' C Summons.

84.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM alleges that on or about December 2, 2016, Defendant JOHN

LATTANZIO 'falsely' arrested Mr. Devon Robinson, an African-American Male patron for

unlawful possession marihuana.

85.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM alleges that Defendant JASON BOLGER verified the 'false' arrest of Mr.

Robinson.

86.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM alleges that on or about January 29, 2017, Defendant UMAR CHEEMA

issued a 'false' C Summons to Ms. Nadine Brown, an African-American Female patron for

disorderly conduct.

87.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM alleges that Defendant JASON BOLGER verified the issuance of Ms.

Brown's 'false' C Summons.

88.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM alleges that on or about February 19, 2017, Defendant LORENZO

FRAGOSO issued a 'false' C Summons to Mr. Keith Isaac Stroy, an African-American Male

patron for consumption of alcohol.

89.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendant JASON BOLGER verified the issuance of Mr. Stroy's 'false' C Summons.

90.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that on or about March 4, 2017, Defendant VITALIY IONASHKO issued a 'false' C Summons to Mr. Plentis Dupree, an African-American Male patron for urinating in public.

91.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendant JASON BOLGER verified the issuance of Mr. Dupree's 'false' C Summons.

92.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that on or about March 11, 2017, Defendant PETER P. CIAPPA, II issued a 'false' C Summons to Mr. Frank Carniglia, a Latino Male employee for operating as an unlicensed cabaret.

93.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendant JASON BOLGER verified the issuance of Mr. Carniglia's 'false' C Summons.

94.·    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that on or about March 14, 2017, Defendants' WILLIAM MEYER and UMAR CHEEMA under the authority of Defendant EMMANUEL GONZALEZ submitted a 'false' Police Action Licensed/ Unlicensed Premises Report to the State Liquor Authority through channels regarding the C Summons to Ms. Nadine Brown, an African-American Female

patron for disorderly conduct.

95.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM alleges that on or about March 14, 2017, Defendants' WILLIAM MEYER

and UMAR CHEEMA under the authority of Defendant EMMANUEL GONZALEZ submitted

a 'false' Police Action Licensed/ Unlicensed Premises Report to the State Liquor Authority

through channels regarding the C Summons issued to Mr. Jairam for operating as an unlicensed

cabaret.

96.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM alleges that on or about March 15, 2017, Defendants' WILLIAM MEYER

and UMAR CHEEMA under the authority of Defendant EMMANUEL GONZALEZ submitted

a 'false' Police Action Licensed/ Unlicensed Premises Report to the State Liquor Authority

through channels regarding the C Summons issued to Mr. Carniglia for operating as an

unlicensed cabaret.

97.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM alleges that on or about March 24, 2017, Defendants' WILLIAM MEYER

and NAOMI TATIS under the authority of Defendant EMMANUEL GONZALEZ submitted a

'false' Police Action Licensed/ Unlicensed Premises Report to the State Liquor Authority

through channels regarding a physical altercation on the premise.

98.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM alleges that on or about March 24, 2017, Defendants' WILLIAM MEYER

and NAOMI TATIS under the authority of Defendant EMMANUEL GONZALEZ submitted a

'false' Police Action Licensed/ Unlicensed Premises Report to the State Liquor Authority

through channels regarding a male requiring medical treatment.

99.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that on or about March 24, 2017, Defendants' WILLIAM MEYER and JOSE RUIZ under the authority of Defendant EMMANUEL GONZALEZ submitted a 'false' Police Action Licensed/ Unlicensed Premises Report to the State Liquor Authority through channels regarding a male requiring medical treatment.

100.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that on or about March 24, 2017, Defendants' WILLIAM MEYER and JOHN LATTANZIO under the authority of Defendant EMMANUEL GONZALEZ submitted a 'false' Police Action Licensed/ Unlicensed Premises Report to the State Liquor Authority through channels regarding the C Summons to Mr. Devon Robinson, an African-American Male patron for unlawful possession marihuana.

101.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that on or about March 24, 2017, Defendants' WILLIAM MEYER and VITALIY IONASHKO under the authority of Defendant EMMANUEL GONZALEZ submitted a 'false' Police Action Licensed/ Unlicensed Premises Report to the State Liquor Authority through channels regarding a disorderly premise.

102.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that on or about March 24, 2017, Defendants' WILLIAM MEYER and ROMAN RASHEVSKLY under the authority of Defendant EMMANUEL GONZALEZ submitted a 'false' Police Action Licensed/ Unlicensed Premises Report to the State Liquor Authority through channels regarding the C Summons issued to Ms. Shaneika Ellis, an African-American Female patron for disorderly conduct.

103.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM alleges that on or about March 24, 2017, Defendants' WILLIAM MEYER and LORENZO FRAGOSO under the authority of Defendant EMMANUEL GONZALEZ submitted a 'false' Police Action Licensed/ Unlicensed Premises Report to the State Liquor Authority through channels regarding the C Summons issued to Mr. Keith Isaac Stroy, an African-American Male patron for consumption of alcohol.

104.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that on or about March 24, 2017, Defendants' WILLIAM MEYER and VITALIY IONASHKO under the authority of Defendant EMMANUEL GONZALEZ submitted a 'false' Police Action Licensed/ Unlicensed Premises Report to the State Liquor Authority through channels regarding the C Summons issued to Mr. Plentis Dupree, an African-American Male patron for urinating in public.

105.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that on or about March 25, 2017, Defendants' WILLIAM MEYER and CAITLIN MANNEY under the authority of Defendant EMMANUEL GONZALEZ submitted a 'false' Police Action Licensed/ Unlicensed Premises Report to the State Liquor Authority through channels regarding a female requiring medical treatment.

106.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that on or about May 25, 2017, Defendants' WILLIAM MEYER and VITALIY IONASHKO under the authority of Defendant EMMANUEL GONZALEZ submitted a 'false' Police Action Licensed/ Unlicensed Premises Report to the State Liquor Authority through channels regarding a male requiring medical treatment.

107.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that on or about June 4, 2017, Defendant VITALIY IONASHKO

'falsely' arrested Ms. Kanasha J. Jeremiah, an African-American Female independent contractor for assault in the second degree.

108.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendant CHRISTOPHER SHEA verified the 'false' arrest of Ms. Jeremiah.

109.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that on or about June 4, 2017, Defendants' WILLIAM MEYER and VITALIY IONASHKO under the authority of Defendant EMMANUEL GONZALEZ submitted a 'false' Police Action Licensed/ Unlicensed Premises Report to the State Liquor Authority through channels regarding the arrest of Ms. Kanasha J. Jeremiah, an African-American Female independent contractor for assault in the second degree.

110.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that on or about June 6, 2017, they were issued a 'false' C Summons for operating as an unlicensed cabaret.

111.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that on or about July 5, 2017, Defendant THE CITY OF NEW YORK through Defendants' EMMANUEL GONZALEZ; WILLIAM MEYER and CHARLES A. STRAVALLE 'falsely' accused them ceasing to operate as a bona fide premise in accordance with its application.

112.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that according to the Notice of Pleading Case No.: 114682, dated July 11, 2017, they were served by the New York State Liquor Authority with a notice of violations dated from October 6, 2016, through July 5, 2017.

113.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege that the Notice of Pleading were based upon the unlawful selective enforcement actions of Defendant CHARLES A. STRAVALLE.

114.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege that Defendants' VINCENT G. BRADLEY; LILY M. FAN and GREELEY FORD scheduled an administrative hearing within the New York State Liquor Authority commencing on September 8, 2017, to adjudicate these charges.

115.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege that according to the recommendation of Administrative Law Judge Marilyn D. Piken, on September 8, 2107, the New York State Liquor Authority started receiving 'evidence' from Defendant CHARLES A. STRAVALLE against them.

116.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege that on or about September 8, 2017, Defendant CHARLES A. STRAVALLE provided 'false' testimony regarding the violations 'observed' by Defendant THE CITY OF NEW YORK through Defendants' EMMANUEL GONZALEZ; WILLIAM MEYER and CHARLES A. STRAVALLE.

117.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that according to the Notice of Pleading Case No.: 118204, dated September 12, 2017, they were served by the New York State Liquor Authority with a notice of violations dated from November 6, 2016, through December 11, 2017.

118.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege that the Notice of Pleading were based upon the unlawful selective enforcement actions of Defendants' CHRISTOPHER SHEA; NAOMI TATIS; JOSE RUIZ;

ROMAN RASHEVSKIY; LORENZO FRAGOSO and VITALIY IONASHKO.

119.   Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege that Defendants' VINCENT G. BRADLEY; LILY M. FAN and GREELEY FORD scheduled an administrative hearing within the New York State Liquor Authority commencing on October 31, 2017, to adjudicate these charges.

120.   Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege that throughout this time, Defendant EMMANUEL GONZALEZ attempted to secure several personal 'benefits' from them including 11 'free' roundtrip tickets on charter flights to Puerto Rico and a generator for family member or friend Dr. Oscar Caban Badillo, MD 486 Ave Victoria Aguadilla, PR 00603.

121.   Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that on or about October 1, 2017, they sponsored a hurricane relief fund raising event to benefit the people of Puerto Rico.

122.   Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that on or about October 4, 2017, while still taking selective enforcement actions against them, Defendant EMMANUEL GONZALEZ requested that they deliver a generator for family member or friend Dr. Oscar Caban Badillo, MD 486 Ave Victoria Aguadilla, PR 00603.

123.   Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM considered but DENIED Defendant EMMANUEL GONZALEZ'S request to deliver a generator for family member or friend Dr. Oscar Caban Badillo, MD 486 Ave Victoria Aguadilla, PR 00603.

124.   Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM alleges that shortly thereafter, while still taking selective enforcement actions against them, Defendant EMMANUEL GONZALEZ requested 11 'free' roundtrip tickets on charter flights to Puerto Rico, a fair market value of approximately $80k.

125.   Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM considered Defendant EMMANUEL GONZALEZ'S request and connected him via conference call to a well-known artist.

126.   Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM considered but DENIED Defendant EMMANUEL GONZALEZ'S for 11 'free' roundtrip tickets on charter flights to Puerto Rico.

127.   Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege that according to the recommendation of Administrative Law Judge Craig Porges, on October 31, 2017, the New York State Liquor Authority started receiving 'evidence' against them regarding Case No.: 118204.

128.   Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege that simultaneously, on October 31, 2017, nearly a century after its passage during the height of Prohibition, New York City's antiquated Cabaret Law has been repealed.

129.   Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege that according to the statutory history, the Cabaret Law enacted in 1926 authorized the government to patrol speakeasies, bars, clubs and restaurants which prohibited social dancing without a Cabaret License throughout the city.

130.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege that prior to its repeal, throughout the city there were only 97 cabaret license holders out of approximately 25,000 bars, clubs and restaurants.

131.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege that historically, cabaret licenses were notoriously expensive and time-consuming to obtain.

132.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege that the applicant, were subjected to a great deal of government scrutiny, including fingerprinting and registering of all employees.

133.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege that unfortunately, known as the 'Black Law' an analysis of the language clearly indicates the cabaret law banned certain music, such as brass and wind instruments, that were associated with jazz music and the Black culture.

134.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege that according to the recommendation of Administrative Law Judge Craig Porges, on October 31, 2017, the New York State Liquor Authority started receiving 'evidence' regarding Case No.: 118204, from Defendants' CHRISTOPHER SHEA; NAOMI TATIS; JOSE RUIZ; ROMAN RASHEVSKIY; LORENZO FRAGOSO and VITALIY IONASHKO against them.

135.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege that on or about October 31, 2017, Defendants' CHRISTOPHER SHEA; NAOMI TATIS; JOSE RUIZ; ROMAN RASHEVSKIY; LORENZO FRAGOSO and VITALIY IONASHKO provided 'false' testimony regarding the violations 'observed.'

136.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and
IMRAN A. JAIRAM alleges on November 27, 2017, Administrative Law Judge Marilyn D.
Piken made a recommendation regarding Case No.: 114682, to Defendants' VINCENT G.
BRADLEY; LILY M. FAN and GREELEY FORD to sustain seven (7) charges, nine (9) charges
not sustained.

137.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and
IMRAN A. JAIRAM allege that according to the recommendation of Administrative Law Judge
Craig Porges, on December 11, 2017, the New York State Liquor Authority started receiving
'evidence' against them regarding Case No.: 118204.

138.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and
IMRAN A. JAIRAM simultaneously, on December 11, 2017, according to the recommendation
of Administrative Law Judge Craig Porges, the New York State Liquor Authority received
'evidence' regarding Case No.: 118204, against them regarding becoming a 'focal point for
police attention' and 'failing to exercise adequate supervision' over the conduct of the licensed
business.

139.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and
IMRAN A. JAIRAM subsequently, according to the recommendation of Administrative Law
Judge Craig Porges, on December 14, 2017 and February 1, 2018, the New York State Liquor
Authority received further 'evidence' against them regarding Case No.: 118204, claiming the
violated the cabaret law, becoming a 'focal point for police attention' and 'failing to exercise
adequate supervision' over the conduct of the licensed business.

140.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and
IMRAN A. JAIRAM alleges on March 5, 2018, Administrative Law Judge Craig Porges made a

recommendation regarding Case No.: 118204, to Defendants' VINCENT G. BRADLEY; LILY M. FAN and GREELEY FORD to sustain four (4) charges, (5) charges not sustained. The ALJ sustained (2) charges related to the cabaret law and the remaining (2) relate to becoming a 'focal point for the police' and failure to exercise 'adequate supervision' over the licensed business.

141.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that according to the Notice of Pleading Case No.: 120158, dated March 19, 2018, served by the New York State Liquor Authority with a notice of violation dated July 8, 2017.

142.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege that the Notice of Pleading were based upon the unlawful selective enforcement actions of Defendant THE CITY OF NEW YORK' EMMANUEL GONZALEZ; and WILLIAM MEYER through Defendant ISHMEET BABAR.

143.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege that Defendants' VINCENT G. BRADLEY; LILY M. FAN and GREELEY FORD scheduled an administrative hearing within the New York State Liquor Authority commencing on April 9, 2018, to adjudicate this charge.

144.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege that according to the recommendation of Administrative Law Judge Craig Porges, on April 9, 2018, the New York State Liquor Authority started receiving 'evidence' from Defendant THE CITY OF NEW YORK' EMMANUEL GONZALEZ; and WILLIAM MEYER through Defendant ISHMEET BABAR against them.

145.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM allege that on or about April 9, 2018, Defendant THE CITY OF NEW

YORK' EMMANUEL GONZALEZ; and WILLIAM MEYER through Defendant ISHMEET

BABAR provided 'false' testimony regarding the violations 'observed' them.

146.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM alleges on April 20, 2018, Administrative Law Judge Craig Porges made a

recommendation regarding Case No.: 120158, to Defendants' VINCENT G. BRADLEY; LILY

M. FAN and GREELEY FORD to not sustain the charge.

147.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM alleges on April 18, 2018, Defendants' VINCENT G. BRADLEY; LILY

M. FAN and GREELEY FORD accepted the ALJ'S recommendation regarding Case No.:

118204, and moved to cancel their On-Premise (OP) Liquor Licenses.

148.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM alleges that on or about April 24, 2018, Defendant  THE CITY OF NEW

YORK through Brooklyn Community Board No.: 7, writing "My community was very

concerned when this business opened several years ago as Jaguars 3 (Red Leopard) and, at the

beginning, there were community complaints about the activities of the patrons and how the

business operated. However, in the past four years our office has received no complaints about

the operation of the business nor the behavior of the patrons. In fact, we have record of only a

few quality of life complaints in the immediate vicinity and none have identified Love and Lust

as the progenitor of these complaints."

149.     Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM alleges that Brooklyn Community Board No.: 7's position is 'accurate' and

in direct contradiction with Defendants' THE CITY OF NEW YORK; EMMANUEL

GONZALEZ; WILLIAM MEYER; JASON BOLGER; THOMAS REDMOND; WILLIAM

HERNANDEZ; CHRISTOPHER SHEA; UMAR CHEEMA; PETER P. CIAPPA, II; NAOMI

TATIS; CHAD IVERSON; JOSE RUIZ; JOHN LATTANZIO; ROMAN RASHEVSKIY;

LORENZO FRAGOSO; VITALIY IONASHKO; CAITLIN MANNEY; ALEXANDR TILAN

and BABAR ISHMEET in conspiracy with Defendant CHARLES A. STRAVALLE'S position

that the business is a 'focal point' of the police and therefore, must be closed.

150.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM alleges on May 16, 2018, Defendants' VINCENT G. BRADLEY; LILY

M. FAN and GREELEY FORD denied their motion for reconsideration to cancel their On-

Premise (OP) Liquor Licenses.

151.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM alleges on May 30, 2018, through new counsel, they motioned Defendants'

VINCENT G. BRADLEY; LILY M. FAN and GREELEY FORD for reconsideration related to

'selective enforcement.'

152.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM alleges Defendants' VINCENT G. BRADLEY; LILY M. FAN and

GREELEY FORD never responded to their motion for reconsideration related to 'selective

enforcement.'

153.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM alleges first and foremost, a careful reading of the ALJ'S recommendation

indicates their due process rights were violated.

154.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM alleges notwithstanding the fact, these charges were not adjudicated in a

timely manner, so as to intentionally disadvantage them, there is absolutely no sound legal

analysis regarding critical legal issues in this matter.

155.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges frankly, the ALJ'S recommendation is legally flawed, internally inconsistent and based solely upon racial and/or national origin bias against the business owner, its patrons and other stakeholders.

156.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges more disappointing, instead of Defendants' VINCENT G. BRADLEY; LILY M. FAN and GREELEY FORD testing the 'legal sufficiency' of the recommendation, they simply adopted the legally flawed, internally inconsistent recommendation based solely upon racial and/or national origin bias against the business owner, its patrons and other stakeholders.

157.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges from the outset, the ALJ should have not sustained Charges 5 and 6.

158.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges the ALJ failed to protect their due process rights.

159.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges the ALJ failed to 'judicially notice' the fact that on October 31, 2017, the city repealed the cabaret law and to request further evidence from the New York State Liquor Authority about whether that results in a voluntary withdraw of those charges or a dismissal 'in the interest of justice.'

160.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges second, the ALJ should not have sustained Charges 7 and 8.

161.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges the ALJ failed to protect their due process rights.

162.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges based upon the 'evidence,' the ALJ did not sustain Charges 1 through 4 and 9. Yet, the ALJ used the same 'evidence' to sustain Charges 7 and 8, which is legally flawed, internally inconsistent and based solely upon racial and/or national origin bias against the business owner, its patrons and other stakeholders.

163.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges Defendants' THE CITY OF NEW YORK; EMMANUEL GONZALEZ; WILLIAM MEYER; JASON BOLGER; THOMAS REDMOND; WILLIAM HERNANDEZ; CHRISTOPHER SHEA; UMAR CHEEMA; PETER P. CIAPPA, II; NAOMI TATIS; CHAD IVERSON; JOSE RUIZ; JOHN LATTANZIO; ROMAN RASHEVSKIY; LORENZO FRAGOSO; VITALIY IONASHKO; CAITLIN MANNEY; ALEXANDR TILAN and BABAR ISHMEET in conspiracy with Defendants' VINCENT G. BRADLEY; LILY M. FAN; GREELEY FORD and CHARLES A. STRAVALLE violated their civil rights under The Civil Rights Act of 1871, 42 U.S.C. § 1983 and 42 U.S.C. § 1985.

## VIOLATIONS AND CLAIMS ALLEGED

### COUNT I
### EQUAL PROTECTION – SELECTIVE ENFORCEMENT
### IN VIOLATION OF
### THE CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983

164.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM re-allege Paragraphs 1 through 163 and incorporate them by reference as Paragraphs 1 through 163 of Count I of this Amended Complaint.

165.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM allege that Defendants' EMMANUEL GONZALEZ; WILLIAM MEYER; JASON BOLGER; THOMAS REDMOND; WILLIAM HERNANDEZ; CHRISTOPHER SHEA; UMAR CHEEMA; PETER P. CIAPPA, II; NAOMI TATIS; CHAD IVERSON; JOSE RUIZ; JOHN LATTANZIO; ROMAN RASHEVSKIY; LORENZO FRAGOSO; VITALIY IONASHKO; CAITLIN MANNEY; ALEXANDR TILAN; BABAR ISHMEET; VINCENT G. BRADLEY; LILY M. FAN; GREELEY FORD and CHARLES A. STRAVALLE under color of law personally interfered with and deprived them of their civil rights.

166.  Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendants' EMMANUEL GONZALEZ; WILLIAM MEYER; JASON BOLGER; THOMAS REDMOND; WILLIAM HERNANDEZ; CHRISTOPHER SHEA; UMAR CHEEMA; PETER P. CIAPPA, II; NAOMI TATIS; CHAD IVERSON; JOSE RUIZ; JOHN LATTANZIO; ROMAN RASHEVSKIY; LORENZO FRAGOSO; VITALIY IONASHKO; CAITLIN MANNEY; ALEXANDR TILAN; BABAR ISHMEET; VINCENT G. BRADLEY; LILY M. FAN; GREELEY FORD and CHARLES A. STRAVALLE in acting to deprive them of their constitutional rights, acted intentionally, knowingly, willfully, and with gross disregard of their rights.

167.  Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendants' EMMANUEL GONZALEZ; WILLIAM MEYER; JASON BOLGER; THOMAS REDMOND; WILLIAM HERNANDEZ; CHRISTOPHER SHEA; UMAR CHEEMA; PETER P. CIAPPA, II; NAOMI TATIS; CHAD IVERSON; JOSE RUIZ; JOHN LATTANZIO; ROMAN RASHEVSKIY; LORENZO FRAGOSO; VITALIY IONASHKO; CAITLIN MANNEY; ALEXANDR TILAN; BABAR ISHMEET; VINCENT G. BRADLEY; LILY M. FAN; GREELEY FORD and CHARLES A.

STRAVALLE subjected the business, its patrons and other stakeholders to unlawful selective enforcement activities despite a previous ruling in <u>Sulkowska v. City of New York, et al.,</u> 129 F.Supp. 2d 274 (S.D.N.Y. January 24, 2001).

168.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendants' EMMANUEL GONZALEZ; WILLIAM MEYER; JASON BOLGER; THOMAS REDMOND; WILLIAM HERNANDEZ; CHRISTOPHER SHEA; UMAR CHEEMA; PETER P. CIAPPA, II; NAOMI TATIS; CHAD IVERSON; JOSE RUIZ; JOHN LATTANZIO; ROMAN RASHEVSKIY; LORENZO FRAGOSO; VITALIY IONASHKO; CAITLIN MANNEY; ALEXANDR TILAN; BABAR ISHMEET; VINCENT G. BRADLEY; LILY M. FAN; GREELEY FORD and CHARLES A. STRAVALLE'S actions under color of law, caused them to sustain significant business losses, other related costs and damages.

**COUNT II**
**MONELL CLAIM**
**IN VIOLATION OF**
**THE CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983**

169.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM re-alleges Paragraphs 1 through 168 and incorporates them by reference as Paragraphs 1 through 168 of Count II of this Amended Complaint.

170.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges Defendant THE CITY OF NEW YORK through its agents caused their injuries.

171.    Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges Defendant THE CITY OF NEW YORK actions of implementing 'official and un-official' policies of unlawful selective enforcement activities despite a previous ruling in

Sulkowska v. City of New York, et al., 129 F.Supp. 2d 274 (S.D.N.Y. January 24, 2001).

172. Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges Defendant THE CITY OF NEW YORK through its agents deprived them of their constitutional rights.

173. Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges Defendant THE CITY OF NEW YORK through its agents' caused them to sustain significant business losses, other related costs and damages.

**COUNT III**
**CONSPIRACY**
**IN VIOLATION OF**
**THE CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1985(3)**

174. Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM re-alleges Paragraphs 1 through 173 and incorporates them by reference as Paragraphs 1 through 173 of Count III of this Amended Complaint.

175. Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendants' THE CITY OF NEW YORK; EMMANUEL GONZALEZ; WILLIAM MEYER; JASON BOLGER; THOMAS REDMOND; WILLIAM HERNANDEZ; CHRISTOPHER SHEA; UMAR CHEEMA; PETER P. CIAPPA, II; NAOMI TATIS; CHAD IVERSON; JOSE RUIZ; JOHN LATTANZIO; ROMAN RASHEVSKIY; LORENZO FRAGOSO; VITALIY IONASHKO; CAITLIN MANNEY; ALEXANDR TILAN and BABAR ISHMEET in conspiracy with Defendants' VINCENT G. BRADLEY; LILY M. FAN; GREELEY FORD and CHARLES A. STRAVALLE under color of law, personally interfered with and deprived them of their constitutional rights.

176. Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendants' THE CITY OF NEW YORK; EMMANUEL

GONZALEZ; WILLIAM MEYER; JASON BOLGER; THOMAS REDMOND; WILLIAM HERNANDEZ; CHRISTOPHER SHEA; UMAR CHEEMA; PETER P. CIAPPA. II; NAOMI TATIS; CHAD IVERSON; JOSE RUIZ; JOHN LATTANZIO; ROMAN RASHEVSKIY; LORENZO FRAGOSO; VITALIY IONASHKO; CAITLIN MANNEY; ALEXANDR TILAN and BABAR ISHMEET in conspiracy with Defendants' VINCENT G. BRADLEY; LILY M. FAN; GREELEY FORD and CHARLES A. STRAVALLE acted individually or in collusion with one another to deprive them of their constitutional right to legally operate an entertainment business servicing the underserved target market primarily persons of color culturally connected to the hip-hop community with more than $500 billion in discretionary income to spend upon entertainment.

177.   Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM alleges that Defendants' THE CITY OF NEW YORK; EMMANUEL GONZALEZ; WILLIAM MEYER; JASON BOLGER; THOMAS REDMOND; WILLIAM HERNANDEZ; CHRISTOPHER SHEA; UMAR CHEEMA; PETER P. CIAPPA, II; NAOMI TATIS; CHAD IVERSON; JOSE RUIZ; JOHN LATTANZIO; ROMAN RASHEVSKIY; LORENZO FRAGOSO; VITALIY IONASHKO; CAITLIN MANNEY; ALEXANDR TILAN and BABAR ISHMEET in conspiracy with Defendants' VINCENT G. BRADLEY; LILY M. FAN; GREELEY FORD and CHARLES A. STRAVALLE'S actions caused them to sustain significant business losses, other related costs and damages.

## JURY TRIAL

Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and IMRAN A. JAIRAM demands a trial by jury.

## PRAYER FOR RELIEF

Wherefore, Plaintiffs' KB VENTURE GROUP, LLC d/b/a CLUB LOVE and LUST and

IMRAN A. JAIRAM demands compensatory and punitive damages from Defendants' THE

CITY OF NEW YORK; EMMANUEL GONZALEZ; WILLIAM MEYER; JASON BOLGER;

THOMAS REDMOND; WILLIAM HERNANDEZ; CHRISTOPHER SHEA; UMAR

CHEEMA; PETER P. CIAPPA, II; NAOMI TATIS; CHAD IVERSON; JOSE RUIZ; JOHN

LATTANZIO; ROMAN RASHEVSKIY; LORENZO FRAGOSO; VITALIY IONASHKO;

CAITLIN MANNEY; ALEXANDR TILAN; BABAR ISHMEET; VINCENT G. BRADLEY;

LILY M. FAN; GREELEY FORD and CHARLES A. STRAVALLE in an amount to be

determined at trial, plus available statutory remedies, both legal and equitable, interests and

costs.

Dated: May 23, 2019
       New York, NY

                                   Respectfully submitted,

                                   By: _____
                                        Eric Sanders (ES0224)

                                   Eric Sanders, Esq.
                                   **THE SANDERS FIRM, P.C.**
                                   30 Wall Street, 8th Floor
                                   New York, NY 10005
                                   (212) 652-2782 (Business Telephone)
                                   (212) 652-2783 (Facsimile)

                                   Website: http://www.thesandersfirmpc.com